# United States District Court
# District of Massachusetts

DAVID F. POEHLER

PLAINTIFF

v.

CIVIL ACTION NO. 04--30254-MAP

JOHN E. POTTER, POSTMASTER
GENERAL, USPS

DEFENDANT

## APPEARANCE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Plaintiff, DAVID F. POEHLER.

Dated:

Respectfully submitted,

Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:   (413) 781-5311
Telefax:       (413) 746-2707

## CERTIFICATE OF SERVICE

I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:

Karen L. Goodwin
United States Attorney's Office
1550 Main Street
Springfield, MA 01103
413-785-0269
Fax: 413-785-0394
Email: karen.goodwin@usdoj.gov

Edward M. Pikula, Esq.        Date: