UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER,            )
    Plaintiff              )
                             )
v.                           ) No. 04cv30254-MAP
                             )
JOHN E. POTTER,              )
Postmaster General           )

## MOTION TO EXTEND TIME

The defendant, John E. Potter, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by two weeks the time period for responding to the complaint for the reason that additional time is needed to obtain the administrative file and prepare an appropriate response. In accordance with Local Rule 7.1, the undersigned attempted unsuccessfully to reach the plaintiff's counsel to confer with respect to this motion.

WHEREFORE, the defendant respectfully requests that the deadline for responding to the complaint be extended to June 1, 2005.

                      Respectfully submitted:

                      MICHAEL J. SULLIVAN
                      United States Attorney

        By:
              _/s/Karen L. Goodwin
              Karen L. Goodwin
              Assistant U.S. Attorney
              1550 Main Street
              Springfield, MA 01103
              413-785-0269

Dated:    May 20, 2005

CERTIFICATION

    This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Edward Pikula, O'Connor, Martinelli, Cullinan and Pikula, 1391 Main Street, Springfield, MA 01103.

                                        /s/Karen L. Goodwin
                                        Karen L. Goodwin