```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

DAVID POEHLER,                 )
                               )      NO. 04cv30254-MAP
          Plaintiff,           )
                               )
     v.                        )
                               )
JOHN E. POTTER, Postmaster     )
General,                       )
                               )
          Defendants.          )
                               )
```

## ANSWER

The defendant, John E. Potter, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, answers the complaint as follows. Since the paragraphs of the complaint are not numbered, the defendant is answering the complaint sentence by sentence.

    1.   The defendant admits the first sentence.

    2.   As to the second sentence, the defendant admits that he is the head of the United States Postal Service, which has its principle place of business in Washington, D.C. The defendant denies the remainder of sentence 2.

    3.   The defendant denies sentence 3.

    4.   The defendant denies the remaining sentences of the complaint.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff failed to timely exhaust administrative remedies.

<u>SECOND AFFIRMATIVE DEFENSE</u>

The defendant had legitimate business reasons for its actions.

```
                              Respectfully submitted:

                              MICHAEL J. SULLIVAN
                              United States Attorney
                         By:
                              /s/Karen L. Goodwin
_____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
                              413-785-0235
Dated:    June 1, 2005
```

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Edward Pikula, O'Connor, Martinelli, Cullinan & Pikula, 1391 Main Street, Suite 1022, Springfield, MA 01103.

```
                              /s/Karen L. Goodwin
                              Karen L. Goodwin
```