UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER,             )
          Plaintiff           )
                              )
v.                            ) NO. 04cv30254-MAP
                              )
JOHN E. POTTER, Postmaster    )
General,                      )
          Defendant           )

## JOINT STATEMENT

This is an employment discrimination case brought under Title VII of the Civil Rights Act of 1964, alleging retaliation. A scheduling order has entered in a related case, 04cv30192. To the extent possible, this proposed schedule has been synchronized with the schedule in the related case.

A.  Automatic Disclosures

The parties will exchange by July 15, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

B.  Discovery Plan

Discovery will be required on liability and damages. Expert discovery is not anticipated and phased discovery is not appropriate.

1.  All interrogatories and requests for production are to be served by August 15, 2005.

2.  All depositions should be completed by October 15, 2005.

C.  Other Matters

1.  Dispositive motions, if any, are to be filed by November 15, 2005.

2.  Trial of this matter should take one week.

3.  The parties' certification will be filed separately.

Respectfully submitted,

| THE PLAINTIFF | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| By: *[signature]* Edward P. Pikula<br>EDWARD PIKULA<br>O'Connor, Martinelli<br>  Cohn & Pikula<br>1391 Main Street<br>Springfield, MA 01103 | By: *[signature]*<br>KAREN L. GOODWIN<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA 01103<br>(413) 785-0235 |

Dated: July 8, 2005

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID POEHLER,                )
                              )
        Plaintiff,            )
                              )
   v.                         ) No. 04CV30254-MAP
                              )
JOHN E. POTTER,               )
   as Postmaster General      )
                              )
        Respondent.           )

DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)

The defendant, John E. Potter, Postmaster General, hereby certifies pursuant to L.R. 16.1(D)(3), that he has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE DEFENDANT, JOHN E. POTTER

BY: /s/ Anna V. Crawford            BY: /s/ Karen L. Goodwin
Anna V. Crawford                     Karen L. Goodwin
Attorney                             Assistant U.S. Attorney
United States Postal Service         1550 Main Street
Northeast Area Law Office            Springfield, MA
Windsor, CT 06006