UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER, )
       Plaintiff )
)
v. )  Civil Action No. 04-30254-MAP
)
)
JOHN E. POTTER, Postmaster )
General, )
       Defendant )

SCHEDULING ORDER
July 12, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. Plaintiff shall file his motion to amend the complaint by August 12, 2005.

2. The parties shall complete their automatic disclosures by August 26, 2005.

3. All written discovery shall be served by September 16, 2005.

4. Non-expert depositions shall be completed by November 4, 2005.

5. Counsel shall appear for a case management conference on November 8, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN

U.S. Magistrate Judge