# United States District Court
# District of Massachusetts

| | |
|---|---|
| DAVID F. POEHLER<br>PLAINTIFF<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER<br>GENERAL, USPS<br>DEFENDANT | CIVIL ACTION NO. 04--30254-MAP |

## MOTION TO EXTEND TIME TO AMEND

Now comes the plaintiff, through counsel, and respectfully requests this Honorable court to extend the time to Amend the Complaint from August 12, 2005 to August 19, 2005.

As grounds therefore, Plaintiff states that due to vacation and trial schedule an additional week is necessary.

Counsel for defendant has been consulted and does not object.

Respectfully submitted,

Dated:
_____
Edward M. Pikula, Esq.
BBO#399770
O'CONNOR, MARTINELLI, CULLINAN &
PIKULA
1391 Main Street – Suite 1022
Springfield, Massachusetts 01103
Telephone:   (413) 781-5311
Telefax:   (413) 746-2707

### CERTIFICATE OF SERVICE

I, Edward M. Pikula, hereby certify that I served the foregoing by hand-delivery or mailing a copy, First Class Mail, postage prepaid, this date to:
Karen L. Goodwin
United States Attorney's Office
1550 Main Street
Springfield, MA 01103

Edward M. Pikula, Esq.   Date: 8/12/05