UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER,            )
        Plaintiff    )
                     )
v.                           )    Civil Action No.  04-30254-MAP
                     )
                     )
JOHN E. POTTER, Postmaster   )
General,                     )
        Defendant    )

REVISED SCHEDULING ORDER
October 17, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's motion for extension of time (Document No. 10) and revises the schedule as follows:

1. Plaintiff shall respond to Defendant's discovery requests forthwith.

2. Non-expert depositions shall be completed by November 30, 2005.

3. Counsel shall appear for a case management conference on December 7, 2005, at 1:00 p.m. in Courtroom Three.  The November 8, 2005 conference is hereby cancelled.

IT IS SO ORDERED.

          /s/ Kenneth P. Neiman
          KENNETH P. NEIMAN
          U.S. Magistrate Judge