UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


DAVID F. POEHLER,          )
        Plaintiff          )
                           )
    v.                     ) No. 04cv30254-MAP
                           )
JOHN E. POTTER,            )
Postmaster General         )


                        **MOTION TO EXTEND TIME**
                             Assented to

    The defendant, John E. Potter, by his attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by three weeks the time period for filing its motion for summary judgment for the reason that additional time is needed to prepare the memorandum.  In accordance with Local Rule 7.1, the undersigned certifies that the plaintiff's counsel assents to this motion.

    WHEREFORE, the defendant respectfully requests that the deadline for filing its summary judgment motion be extended to April 5, 2006.


                                Respectfully submitted:

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:
                                _/s/Karen L. Goodwin
                                Karen L. Goodwin
                                Assistant U.S. Attorney
                                1550 Main Street
                                Springfield, MA 01103
                                413-785-0269
Dated:    March 13, 2006

<u>Certificate of Service</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Karen L. Goodwin
_____
Karen L. Goodwin
Assistant United States Attorney

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed this date, postage prepaid, to Edward Pikula, O'Connor, Martinelli, Cullinan and Pikula, 1391 Main Street, Springfield, MA 01103.

/s/Karen L. Goodwin
Karen L. Goodwin