UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POEHLER,<br>   Plaintiff<br><br>v.<br><br>JOHN E. POTTER, Postmaster General<br>   Defendant | Civil Action No. 04-30254-MAP |

STILL FURTHER SCHEDULING ORDER
March 14, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS Defendant's assented-to Motion to Extend Time (Document No. 14) and revises the schedule as follows:

1. Defendant shall file his dispositive motion by April 5, 2006, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by April 21, 2006.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

            /s/ Kenneth P. Neiman
            KENNETH P. NEIMAN
            U.S. Magistrate Judge