UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID F. POEHLER.
    Plaintiff(s)

v.      CIVIL ACTION: 04-30254-MAP

JOHN E. POTTER, POSTMASTER GENERAL
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT entered for the Defendant pursuant to the endorsed order of the Court entered this date granting the Defendant's unopposed motion for Summary Judgment.**

    SARAH A. THORNTON,
    CLERK OF COURT

Dated: May 4, 2006      /s/ Elizabeth A. French
    Deputy Clerk

(Judgment Civil.wpd - 11/98)      [jgm.]