UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID E. POEHLER,
    Plaintiff(s)

v.        CIVIL ACTION: 04-30254-MAP

JOHN E. POTTER, Postmaster General
United States Postal Service
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendant pursuant to the Memorandum and Order of the Court entered on October 4, 2006 granting the Defendant's motion for Summary Judgment at the September 29, 2006 argument and motion hearing.

    SARAH A. THORNTON,
    CLERK OF COURT

Dated:  October 5, 2006    By  Mary Finn
      Deputy Clerk

(Judgment Civil.wpd - 11/98)    [jgm.]